UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 097411B

In Re:

Robert F. Kersellius
Yanrajita D. Kersellius

**Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-17033-MBK

Hearing Date: September 25, 2018

Judge: Michael B. Kaplan

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Yakov Rudikh, Esquire |
| Property Involved ("Collateral"): | 904-906 Chancellor Avenue, Irvington, NJ 07111 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:

   ☒ The Debtor is overdue for twenty-nine months, from May 1, 2016 to September 1, 2018 .

   ☒ The Debtor is overdue for sixteen payments at $1,997.04 per month.

   ☒ The Debtor is overdue for twelve payments at $2,282.85 per month.

   ☒ The Debtor is overdue for one payment at $2,033.63 per month.

   Total Arrearages Due $61,380.47.

2. Debtor must cure all post-Petition arrearages as follows:

   ☒ Immediate payment shall be made in the amount of $61,380.47.  Payment shall be made no later than October 25, 2018.

   ☒ Beginning on October 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $2,033.63.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Immediate payment:

   > Specialized Loan Servicing LLC
   > 8742 Lucent Blvd, Suite 300
   > Highland Ranch CO 80129

   ☒ Regular monthly payments:

   > Specialized Loan Servicing LLC
   > PO BOX 60535
   > City of Industry CA 91716-0535

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17033-MBK
Robert F Kersellius                                                     Chapter 13
Yanrajita D Kersellius
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Oct 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
db/jdb         +Robert F Kersellius,    Yanrajita D Kersellius,    14 Winding Brook Dr,    Matawan, NJ 07747-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage
               Pass-Through Certificates, Series 2003-WMC2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
               for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Cap II, LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage
               Pass-Through Certificates, Series 2003-WMC2 rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Yakov Rudikh    on behalf of Debtor Robert F Kersellius yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov Rudikh    on behalf of Joint Debtor Yanrajita D Kersellius yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                              TOTAL: 11