Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
SCARINCI & HOLLENBECK, LLC
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal
Utilities Authority

In re:

ROBERT F. KERSELLIUS
AND YANRAJITA D. KERSELLIUS,

Debtors.

Case No.: 16-17033 (MBK)

Chapter 13

Hearing Date: March 11, 2020, 9:00 AM
Oral Argument: Waived unless opposed

## ORDER BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY FOR THE ALLOWANCE OF ITS POST-PETITION SECURED CLAIM

The relief set forth on the following page, numbered two is hereby ORDERED.

**DATED: March 12, 2020**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

4811-1125-4196, v. 1

The Court having reviewed the movant's Motion for the Allowance of its Post-Petition Secured Claim, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority for the Allowance of its Post-Petition Secured Claim in the amount of $537.46, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's post-petition secured claim, in the amount of $537.46, through the plan as a secured claim.