UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

[Caption in Compliance with D.N.J. LBR 9004-1(b)]
**SCARINCI & HOLLENBECK, LLC**
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071
Tel. (201) 896-4100; Fax (201) 896-8660
Attorneys for the Old Bridge Municipal
Utilities Authority

In re:

ROBERT F. KERSELLIUS
AND YANRAJITA D. KERSELLIUS,

Debtors.

Case No.: 16-17033 (MBK)

Chapter 13

Hearing Date: March 11, 2020, 9:00 AM
Oral Argument: Waived unless opposed

### ORDER BY THE OLD BRIDGE MUNICIPAL UTILITIES AUTHORITY FOR THE ALLOWANCE OF ITS POST-PETITION SECURED CLAIM

The relief set forth on the following page, numbered two is hereby ORDERED.

**DATED: March 12, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

4811-1125-4196, v. 1

The Court having reviewed the movant's Motion for the Allowance of its Post-Petition Secured Claim, it is hereby

ORDERED that:

1. The Motion by the Movant the Old Bridge Municipal Utilities Authority for the Allowance of its Post-Petition Secured Claim in the amount of $537.46, is hereby granted in its entirety.

2. The Standing Ch. 13 Trustee is directed to pay the Movant's post-petition secured claim, in the amount of $537.46, through the plan as a secured claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-17033-MBK
Robert F Kersellius                                                             Chapter 13
Yanrajita D Kersellius
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb        +Robert F Kersellius,   Yanrajita D Kersellius,   14 Winding Brook Dr,   Matawan, NJ 07747-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Albert     Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage
               Pass-Through Certificates, Series 2003-WMC2 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
               for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com,    rjoyce@sh-law.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, in
               trust for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage
               Pass-Through Certificates, Series 2003-WMC2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Cap II, LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage
               Pass-Through Certificates, Series 2003-WMC2 rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Yakov Rudikh     on behalf of Debtor Robert F Kersellius rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov Rudikh     on behalf of Joint Debtor Yanrajita D Kersellius rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 13