Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17033−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert F Kersellius
14 Winding Brook Dr
Matawan, NJ 07747

Yanrajita D Kersellius
14 Winding Brook Dr
Matawan, NJ 07747

Social Security No.:
xxx−xx−6576         xxx−xx−3217

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Robert F Kersellius and Yanrajita D Kersellius</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 23, 2021
JAN: wdr

<u>Jeanne Naughton, Clerk</u>