Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17033−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert F Kersellius
14 Winding Brook Dr
Matawan, NJ 07747

Yanrajita D Kersellius
14 Winding Brook Dr
Matawan, NJ 07747

Social Security No.:
xxx−xx−6576

xxx−xx−3217

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Robert F Kersellius and Yanrajita D Kersellius
   Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 23, 2021
JAN: wdr

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                             Case No. 16-17033-MBK
Robert F Kersellius                                                                                      Chapter 13
Yanrajita D Kersellius
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin                                                                  Page 1 of 2
Date Rcvd: Feb 23, 2021          Form ID: ntcfncur                                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

**Recip ID**            **Recipient Name and Address**
db/jdb              + Robert F Kersellius, Yanrajita D Kersellius, 14 Winding Brook Dr, Matawan, NJ 07747-7009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021                            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor U.S. Bank National Association  as Trustee, in trust for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage Pass-Through Certificates, Series 2003-WMC2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee, in trust for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage Pass-Through Certificates, Series 2003-WMC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 16-17033-MBK    Doc 64    Filed 02/25/21    Entered 02/26/21 00:19:51    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

Elizabeth L. Wassall

on behalf of Creditor Specialized Loan Servicing LLC ewassall@logs.com
njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francesca Ann Arcure

on behalf of Creditor Specialized Loan Servicing LLC  as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Joel R. Glucksman

on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  rjoyce@sh-law.com

Kevin Gordon McDonald

on behalf of Creditor U.S. Bank National Association  as Trustee, in trust for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage Pass-Through Certificates, Series 2003-WMC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Linda S. Fossi

on behalf of Creditor U.S. Bank Cust/Pro Cap II  LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Matthew C. Waldt

on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com

Rebecca Ann Solarz

on behalf of Creditor U.S. Bank National Association  as Trustee, in trust for the registered holders of MASTR Asset Backed Securities Trust 2003-WMC2, Mortgage Pass-Through Certificates, Series 2003-WMC2 rsolarz@kmllawgroup.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Yakov Rudikh

on behalf of Debtor Robert F Kersellius rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh

on behalf of Joint Debtor Yanrajita D Kersellius rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 15